# Court of Appeals
# of the State of Georgia

ATLANTA, __May 11, 2012____

*The Court of Appeals hereby passes the following order:*

## A12A1734.  AARON JOHNSON v. THE STATE.

Aaron Johnson was convicted in August 2007 of falsely reporting a crime. Proceeding pro se, Johnson filed a motion for new trial, which the trial court dismissed on June 2, 2009, for want of prosecution.  On November 24, 2009, Johnson filed a pleading challenging the dismissal.  The trial court clerk's office construed the challenge as a notice of appeal, and Johnson informed the clerk that he wished to appeal to the Georgia Court of Appeals.  Johnson's appeal has now been docketed in this Court.

We lack jurisdiction. To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995).  Johnson did not file his notice of appeal until 175 days after entry of the order at issue here. Accordingly, his appeal is hereby DISMISSED as untimely.

We note, however, that Johnson may be entitled to pursue an out-of-time appeal.  He is therefore informed of the following in accordance with *Rowland v. State*, supra:  This appeal has been dismissed because you failed to file a timely notice of appeal.  If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal.  If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction.  If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/11/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*